# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 16, 2007*

[Cite as *08/16/2007 Case Announcements*, 2007-Ohio-4160.]

## MOTION AND PROCEDURAL RULINGS

**2006–1616.  Greer–Burger v. Temesi.**
Cuyahoga App. No. 87104. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for admission pro hac vice of Benjamin C. Mizer for Ohio Civil Rights Commission by Elise Porter,
   It is ordered by the court that the motion for admission pro hac vice is granted.